U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

**Form to be used by a prisoner filing a civil rights complaint under**

OCT 1 2 2017

**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

TONY R. MOORE, CLERK
BY: _____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JERRY DREGIN     154912

**Full name of Plaintiff, Prisoner Number**

**3:17-cv-1303**  Sec. P

**Civil Action**

VS.
JACKSON PARISH CORR CENTER ET, AL
SHERIFF ANDY BROWN
WARDEN DUCOTE, MRS BETTY PULLIN

**Full Name of Defendant**

LAFAYETTE PAROLE DISTRICT ET, AL

**Judge** _____

**Magistrate Judge** _____

**COMPLAINT**

### I.   Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes_____      No **X**

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county or parish):

_____

_____

2. Name the parties to the previous lawsuit(s):
Plaintiffs: _____ *N/A*

Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: *N/A*

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which
Has been dismissed? **NO**

Yes_____        No_ X_

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g. frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.)

_____

_____

**II.**     **A. Name of the institution and address of current place of confinement:**

JACKSON PARISH CORRECTION CENTER    287 INDUSTRIAL DRIVE
                                    DORM-D  PHASE 1

B. Is there a prison grievance procedure in this institution?  JONESBORO,LA, 71251
   Yes_____        No_ X_

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
   Yes_____        No_ X_
   If Yes, what is the Administrative remedy Procedure Number? N/A
   FILED TO COMMITTEE ON PAROLE, LAFAYETTE PAROLE DISTRICT

2. If you did not file an administrative grievance, explain why you have not done so.

   GAVE MR, BETTY IN BOOKING ON JUNE 16 2017 COPY'S

   OF COURT ORDER RELEASE WHEN BOOKED IN FROM AVOYELLES PARISH
   OF MAY 9, 2017 RELEASE SIGNED BY STATE OF LOUISIANA AND

3. If you filed an administrative grievance, answer the following question.  JUDGE
   What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretaty of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)
   7-31-2017
   ① ARP SENT TO COMMITTEE ON PAROLE, ② LAFAYETTE PAROLE DISTRICT
   1-12-2017
   ADMINSTRATOR MR. HOFFPAUIR IN 8-3-2017, PAROLE OFFICER DYANI JAROSZ ON
   Attach a copy of each prison response and /or decision rendered in the administrative  8-3-2017
   proceeding. RECEIVED NO ANSWER. COPY OF RELEASE ORDER
   GIVEN TO AVOYELLE'S PARISH AND JACKSON PARISH BOOKING

**III.**    **Parties to Current Lawsuit:**

A. Name of Plaintiff JERRY DREGIN

Address 287 INDUSTRIAL DRIVE, DORM-D PHASE 1 JONESBRO, LA, 71251

B. Defendant, SHERIFF MR, ANDY BROWN , is employed as

SHERIFF at PARISH OF JACKSON

Defendant, MR TIMOTHY DUCOTE , is employed as

WARDEN at JACKSON PARISH CORR CENTER

Defendant, MRS, BETTY PULLIN , is employed as

BOOKING OFFICER at JACKSON PARISH CORR CENTER

Additional defendants LAFAYETTE PAROLE DISTRICT OFFICER'S MR MICHEAL

HOFFPAUIR, MRS. DYANE JAROSZ 237 WILLOW ST. LAFAYETTE, LA, 70501

## IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit , and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

ON JAN 21, 2016 I WAS ARRESTED IN ACADIA PARISH, CROWLEY LA. ON THE CHARGE ON LSA. 14:95.1 AND MY ATTORNEY MR. BRUSTANY FILED A MOTION FOR SPEEDY TRIAL ON DEC 1,2016. ON MAR 20, 2017 I WAS SCHEDULE FOR TRIAL AND AGAIN ON JULY 31, 2017 AND THE STATE WAS GRANTED CONTINUE'S FOR REASONS BEYOND AND KNOWN TOO ME. ON MAY 9, 2017 THE STATE OF LOUISIANA AND THE 15TH JUDICIAL DISTRICT JUDGE SIGNED A COURT ORDER RELEASING ME OF BAIL OR BOND OBLIGATION. I WAS HELD AT AVOYELLES PARISH FROM JUNE 16, 2016 – JUNE 16, 2017 AND SENT TO JACKSON PARISH. WRIT OF HABEAS CORPUS FILED IN AVOLLES PARISH SCHEDULE HEARING FOR JUNE 28, 2017 BUT WAS NOT TRANSFER/TRANSPORTED. I'VE BEEN ON PAROLE FOR 25 MONTHS AND PAYING MY MONTH FEE WITH THE LOUSIANA PAY FEE AND PAROLE IS CURRENT. CALL 1-855-785-7225 IN PUT 154912. I'm BEING ILLEGAL IMPRISON. JACKSON PARISH AND LAFAYETTE PAROLE DISTRICT OFFICE OR IN CONTEMPT OF A COURT ORDER. JACKSON PARISH BOOKING OFFICER IS CONTEMPT OF COURT AND THAT SHE COULD HOLD ME WITOUT COMMITMENT ORDER.

SEE ATTACHED DOCMENTS.

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes. *VIOLATION of 5,6,8,14[TH] AMENDMENT Rights*

*ORDER JACKSON PARISH AND DEFENDANT SHERIFF MR. ANDY BROWN RELEASE THE DEFENDANT. DAMAGED OF 200,000[00] FOR PAIN AND SUFFERING, FALSE IMPRISONMENT 200,000[00], LOSS OF INCOME 50,000[00]*

**VI.   Plaintiff's Declaration**  *FUTURE DAMAGES 100,000[00]*

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

C. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _25_ day of _Sept_ _____ , 20 _17_

_154912_____
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**