## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**JERRY DREGIN #154912**                    **CASE NO. 3:17-CV-01303 SEC P**

**VERSUS**                                         **JUDGE ROBERT G. JAMES**

**JACKSON PARISH CORRECTIONAL**      **MAGISTRATE JUDGE KAREN L. HAYES**
**CENTER ET AL**

### MEMORANDUM ORDER

A review of the record indicates that the petitioner has already paid the filing fee in this

matter.  Therefore, petitioner's application to proceed *in forma pauperis* is DENIED.

THUS DONE in Chambers on this _____ day of _____, 2017.

_____

Karen L. Hayes
United States Magistrate Judge