## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **JERRY DREGIN #154912** | **CASE NO. 3:17-CV-01303 SEC P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JACKSON PARISH CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### MEMORANDUM ORDER

A review of the record indicates that the petitioner has already paid the filing fee in this matter.  Therefore, petitioner's application to proceed *in forma pauperis* is DENIED.

THUS DONE in Chambers on this __9th__ day of __November__, 2017.

_____
Karen L. Hayes
United States Magistrate Judge