UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JERRY DREGIN** | **CIVIL ACTION NO. 3:17-1303** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JACKSON PARISH CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B). Plaintiff's claims related to his sentence are dismissed with prejudice to their being asserted again until the *Heck v. Humphrey* conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's request for a restraining order [Doc. No. 7] is **DENIED**.

**MONROE, LOUISIANA,** this 8th of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE